IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| RUSSELL ROTHE | *   Case No. 23-60493 |
| 793 CR 1350 | *   Chapter 13 |
| QUITMAN, TX 75783 | * |
| xxx-xx-1633 | * |
| | * |
| | * |
| Debtor | |

TRUSTEE'S REPORT ON 341 CREDITORS' MEETING
(Hereinafter referred to as "Trustee's 341 Report")

ATTORNEY FOR DEBTOR[1]: WILLIAM H LIVELY, JR. WHL, PLLC
CHAPTER 13 TRUSTEE: Lloyd Kraus

**I.     General Information on Case:**

| | |
|---|---|
| Date Petition Filed On | 10/2/2023 |
| Date of First Meeting of Creditors | 11/7/2023 |
| Reset Date of Meeting of Creditors | 12/5/23 |
| Date Meeting of Creditors was concluded Presiding Officer: | Not concluded – income from friend, income from rental property Patricia |
| Confirmation Hearing Date | 12/14/2023 |
| First Year Tax Return/Refund to be turned over to Trustee | 2022 |

**II.     Requested Amendments requested within 14 days of 341 Creditors' Meeting:**

| | |
|---|---|
| Plan | Address third loan with Texana Bank. |
| Schedules | |
| Exemptions | |
| Budget | I – remove income from rental property if third party pay or show the mortgage payment on budget |
| SOFA | |
| Means Test | |
| Other | Verified DL & SS# |

**III.     Mortgage Information obtained during 341 Creditors' Meeting:**

| | |
|---|---|
| Under the Plan, does the Debtor pay direct post-petition monthly mortgage payments? | **Yes** |

| If Yes, complete the following information | |
|---|---|
| Name of Mortgage Company | **Texana Bank Na** |
| Amount of Monthly Mortgage Payment | **$1,182** |
| Due Date of Monthly Mortgage Payment | **1st** |
| Is the Debtor current with Debtor's post-petition mortgage payments as of the date of Creditors' Meeting? | **Yes** |
| If not current, what is the amount of the post-petition mortgage arrears as of the date of Creditors' Meeting (or number of months delinquent)? | |

**IV.    Verification/Information for Trustee requested 14 days before 341 Meeting (e-mail to docs@ch13tyler.com with the subject line containing the Debtor's name and case number):**

| Y | N | NA | | |
|---|---|---|---|---|
| | | | WWO Info | |
| | | | Tax Returns (last return filed)* | Recd non-filing affidavit 20, 21 and 22 |
| | | | Bank Statements (balance verification on Petition Date) | |
| | | | Proof of Insurance [home, car(s)] | |
| | | | Proof of Value of Real Estate | |
| | | | Pay Stubs/Verification of Other Income | Recd SSI; need income from friend $1,800 and income from rental property and food stamps |
| | | | Profit/Loss Statements (business cases) | |
| | | | Proof of Charitable Contributions (if over $100) | |
| | | | Verification of Other Expenses (as requested) | |
| | | | Other | |
| x | | | Debtor Present? | Schedules filed the day before meeting, no time to review |
| | x | | Co-Debtor, if any, Present? | |
| x | | | Debtor's Attorney Present? | |
| x | | | Creditor(s) present? | Lisa McPherson – Texana Bank |

*No later than the day before the first 341 meeting, Debtor(s) are required to file all tax returns under applicable nonbankruptcy law for all tax periods ending during the 4 year period ending on date of the filing of the petition.  If any such tax return has not been filed, the Trustee shall hold the meeting open for 30 days to allow the Debtor(s) to file such tax returns.  11 USC 1308.  If the return(s) have not been filed after 30 days, the Trustee shall conclude the 341 meeting and move to dismiss the case.

**V.    Additional Information provided to Debtor(s) at 341 Creditors' Meeting:**

| Did Debtor receive Trustee's Memo relating to treatment of tax refunds received during the pendency of the bankruptcy? | Yes |
|---|---|

Respectfully submitted,

Lloyd Kraus
CHAPTER 13 TRUSTEE

/s/ Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee SBN 24066773
110 N. College, Suite 1200
Tyler, TX  75702
(903) 593-7777; FAX (903) 597-1313

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 12/5/23:

WILLIAM H LIVELY, JR. WHL, PLLC
432 S. BONNER AVE.
TYLER, TX 75702

RUSSELL ROTHE
793 CR 1350
QUITMAN, TX 75783

/s/ Lloyd Kraus_____
Lloyd Kraus, SBN 24066773