

EOD
01/02/2024

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:  
Russell Rothe  
793 CR 1350  
Quitman , TX 75783  
SSN: XXX-XX-1633  
Debtor

Case No. 23-60493 jps  
Chapter: 13

### ORDER DISMISSING WITHOUT PREJUDICE MOTION TO ALLOW LATE-FILED CLAIMS

ON THIS DATE the Court considered a **Motion to Allow Late-Filed Claims** (The "Motion") filed by **Centra Funding LLC** on **December 29, 2023**. The Court finds that the Motion fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to serve pleading on the master mailing list (matrix) as constituted by the Court on the date of service. **LBR 1017; 2014; 3015; 4001; 6004**

**IT IS THEREFORE ORDERED** that the **Motion to Allow Late-Filed Claims** filed by **Centra Funding LLC** on **December 29, 2023** is hereby **DISMISSED** without prejudice since it fails to comply with the Local Rules of Bankruptcy Procedure.

Signed on 01/02/2024

THE HONORABLE JOSHUA P. SEARCY  
UNITED STATES BANKRUPTCY JUDGE